# Court of Appeals
# of the State of Georgia

ATLANTA,  November 13, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0119.  MICHELLE JONES, TRUSTEE ON BEHALF OF JUSBRE BRASS TRUST v. SRP SUB, LLC.

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Michelle Jones appealed to the superior court. On July 31, 2014, the superior court dismissed the appeal after the defendants failed to appear for the final hearing. Jones directly appealed to this Court, and we dismissed the appeal due to Jones' failure to follow the discretionary appeal procedures.[1] Jones then filed this application for discretionary appeal on October 30, 2014. However, we lack jurisdiction because this application is untimely.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d).  But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter of this discretionary application is a dispossessory judgment.  OCGA § 44-7-56, which governs dispossessory actions, requires that an appeal from a dispossessory ruling be filed within seven days of the date judgment was entered.  Here, however, Jones filed her application for discretionary appeal 91 days after entry of the order she seeks to appeal.  The

---

[1] *Jones v. SRP Sub, LLC.*, Case No. A15A0291 (dismissed Oct. 17, 2014).

application is thus untimely, and this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*_____11/13/2014_____
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*